UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRANCISCO MARTINEZ GODINEZ and ISRAEL RANGEL CRUZ, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:20-cv-03044-LRR-KEM ) |
| GUADALUPE MORENO and G & G MORENO, INC. | ) STIPULATION OF DISMISSAL ) ) |
| Defendants. | ) ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice.

Date: April 27, 2021                            Respectfully Submitted,

*/s/ Lorraine A. Gaynor*
Lorraine A. Gaynor, AT0011144
Iowa Legal Aid
1700 South 1st Ave, Suite 10
Iowa City, Iowa 52240
tel.: 319-351-6570 │ fax: 319-351-0079
lgaynor@iowalaw.org
ATTORNEY FOR PLAINTIFFS

/s/ Jonathan E. Kramer
Jonathan E. Kramer, AT0004347
Whitfield & Eddy, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone: 515-288-6041
Email: Kramer@whitfieldlaw.com
ATTORNEY FOR DEFENDANTS

## Certificate of Service

I hereby certify that on April 27, 2021, this document was filed with the CM/ECF system, which provides electronic notice to the parties in this matter.

*/s/Lorraine A. Gaynor*
Lorraine Gaynor